Appeal, Third Circuit, Parish of LaSalle. 251 So.2d 55.

Application denied; there is no error of law in the judgment complained of.

TATE, J., recused, having participated in earlier court of appeal consideration of the proceedings.

253 So.2d 216

**Robert P. FOSTER**

v.

**Mela Mae Durand McCLAIN et al.**

**No. 51749.**

Oct. 18, 1971.

In re: Robert P. Foster applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 251 So.2d 179.

Application denied. On the facts found by the Court of Appeal, there is no error of law in its judgment.